Lindley *v.* Wallis.

---

ELIHU LINDLEY, Appellant, *v.* M. and E. WALLIS, Respondents.

*Appeal from Lane County.*

Service of notice of appeal.
Time for filing transcript.
Extension of time for such filing.

THE sheriff of Lane county served the notice of appeal in this cause and made return thereof as follows:

" I, Joseph Meador sheriff of Lane county, Oregon, served the within notice of appeal by delivering a copy hereof prepared and certified to by me, and by attorney for appellant,

to Emmeline Wallis, one of the respondents, and by leaving a copy hereof, prepared and certified in like manner, at the residence of Matthew Wallis, the other respondent, with a white member of his family, over the age of fourteen years; all of which was done in Lane county, Oregon, this 29th day of April, 1867." (Signed.)

*Kelsey & Walton,* for appellant.

*Ellsworth & Dorris,* for respondents.

BY THE COURT. Respondents moved to dismiss the appeal for want of sufficient service; motion denied as to Emmeline Wallis; and, upon counter motion of appellant, leave was given to amend the return to make it conform with the fact as to the time of day when service is alleged to have been made upon Matthew Wallis.

1st. That an appeal having been perfected in the court below, prior to the first day of a term of this court, the transcript must be filed in this court before the close of the second day of the term, or be deemed abandoned.

2d. In case there is not time to complete the transcript, and file it within the time prescribed, an extension of time may be obtained by proper application to the circuit judge, or to the Supreme Court.

3d. The application for extension of time for completing and filing the transcript, must be made *within* the time prescribed by law for the performance of these requirements.

4th. The service of notice of appeal may be made either upon the party or upon his attorney of record, residing within the county where the trial was had. Outside of the county the service can only be made upon the party.

5th. When the service of notice is by leaving a copy at the office of an attorney, or at the residence of the party, the

NOTE.—The court affirmed certain rulings and constructions of law heretofore made, in addition to the 4th, applicable peculiarly to this case. —REP.

return must show that the service was made between the hours fixed by statute, in addition to the other prescribed requisitions.

6th. The manner of such service of· notice of appeal may be in accordance with the provisions of title three, page 278 of the Code.